FILED
CLERK, U.S. DISTRICT COURT

SEP - 9 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD PEREA, an individual; JUANITA PEREA, an individual; D.P., a minor by and through her guardian ad litem, MARY LOUISE PEREA; V.P, a minor by and through her guardian ad litem, MARY LOUISE PEREA; S.F., a minor by and through her guardian ad litem, MARY LOUISE PEREA; A.F., a minor by and though his guardian ad litem, MARY LOUISE PEREA,<br><br>Plaintiffs,<br><br>vs.<br><br>CASA DEL AMO APARTMENTS, L.P. a California limited partnership; BAYCO FINANCIAL CORPORATION, a California Corporation; and DOES 1 through 10, Inclusive,<br><br>Defendants. | NO.  CV14-3363 JFW-Ex<br><br>Judge: John F. Walter<br>Dept.: 16<br><br>[~~PROPOSED~~] ORDER RE STIPULATION FOR PROTECTIVE ORDER<br><br>Complaint Filed:  May 8, 2014<br>Trial Date:          May 19, 2015 |

The Court hereby adopts the parties' Stipulation for a Protective Order concerning confidential materials executed September 4 and 5, 2014.

///

///

LM10455\PLEADINGS\ORDR01.DOCX

[~~PROPOSED~~] ORDER RE STIPULATION FOR PROTECTIVE ORDER

1   IT IS SO ORDERED.

2

3   Dated: September 2, 2014

4   _____

5   HONORABLE ~~JOHN F. WALTER~~
        Charles F. Eick